United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  STEWART ROSEN,

Plaintiff,

Case No. 15-cv-03866-WHO

8  **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

v.

9
10 UBER TECHNOLOGIES, INC., et al.,

Defendants.

11
12  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the
13 Honorable Jon S. Tigar for consideration of whether the case is related to:
14  *Philliben v. Uber Technologies*, *Inc.*, No. 14-cv-05615-JST;
15  *Mena v. Uber Technologies, Inc.*, No. 15-cv-00064-JST;
16  *Sabatino v. Uber Technologies, Inc.*, No. 15-cv-00363-JST; and
17  *L.A. Taxi Cooperative, Inc. v. Uber Technologies, Inc.*, 15-cv-01257-JST.

**IT IS SO ORDERED.**

18
19 Dated: September 14, 2015



WILLIAM H. ORRICK
United States District Judge