HAROLD M. JAFFE, ESQ. (Calif. State Bar #57397)
**LAW OFFICES OF HAROLD M. JAFFE**
3521 GRAND AVENUE
OAKLAND, CA 94610
TEL: (510) 452-2610 • FAX: (510) 452-9125
EMAIL: jaffe510@aol.com

BRIAN W. NEWCOMB, ESQ. (Calif. State Bar #55156)
**LAW OFFICES OF BRIAN W. NEWCOMB**
770 MENLO AVENUE, SUITE 101
MENLO PARK, CA 94025
TEL: (650) 322-7780 • FAX: (650) 322-7740
EMAIL: brianwnewcomb@gmail.com

Attorneys for Plaintiffs STEWART ROSEN, on Behalf of Himself and All Others Similarly Situated

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEWART ROSEN, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware limited liability company; and RASIER-CA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 3:15-cv-03866<br><br>**STIPULATION TO ENTRY OF ORDER CONTINUING DATE FOR FILING OF FRCP, RULE 26(f) DISCLOSURE TO MARCH 14, 2016**<br><br>DATE: March ____, 2016<br>TIME:<br>CTRM: San Francisco Courthouse<br>     Courtroom 9, 19th Floor<br>     450 Golden Gate Avenue<br>     San Francisco, CA 94102<br><br>**PAPERS FILED:** Stipulation and Proposed Order<br><br>**DOF:** August 24, 2015<br>**TRIAL DATE:** None Set |

Plaintiff, STEWART ROSEN ("ROSEN") on behalf of himself and all others similarly situated ("Plaintiffs") and Defendants Uber Technologies, Inc., Rasier, LLC and Rasier-CA, LLC, through their respective attorneys of record Harold M. Jaffe and Brian W. Newcomb for Plaintiffs and Marshall C. Wallace of Allen Matkins Leck Gamble Mallory & Natsis LLP for Defendants stipulate as follows.

///

The parties hereto in order to provide additional time to file their FRCP, Rule 26(f) disclosures stipulate to the entry of an Order of this Court granting the parties until Monday, March 14, 2016 to make their FRCP 26(f) disclosures.

This Stipulation may be executed in counterparts.

LAW OFFICES OF BRIAN W. NEWCOMB

Dated: March 4, 2016

_____
BRIAN W. NEWCOMB
Attorneys for Plaintiffs STEWART ROSEN, on Behalf of Himself and All Others Similarly Situated

LAW OFFICES OF HAROLD M. JAFFE

Dated: March 4, 2016

_____
HAROLD M. JAFFE
Attorneys for Plaintiffs STEWART ROSEN, on Behalf of Himself and All Others Similarly Situated

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

Dated: March 4, 2016

_____
MARSHALL C. WALLACE
Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC

[PROPOSED] ORDER

Upon filing and reading of the parties Stipulation,

IT IS SO ORDERED.

Dated: March 7, 2016

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE

J:\CIV\ROSEN(03866)\STIP TO ENTRY OF ORDER 03.04.16

2

STIPULATION TO ENTRY OR ORDER CONTINUING DATE FOR FILING FRCP 26(f) FILING