1  ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
2  MARSHALL C. WALLACE (BAR NO. 127103)
   KAMRAN JAVANDEL (BAR NO. 272900)
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  mwallace@allenmatkins.com
             kjavandel@allenmatkins.com
6
   MARISSA M. DENNIS (BAR NO. 245027)
7  865 South Figueroa Street, Suite 2800
   Los Angeles, California 90017-2543
8  Phone:  (213) 622-5555
   Fax:  (213) 620-8816
9  E-Mail:  mdennis@allenmatkins.com

10 UBER TECHNOLOGIES, INC.
   MARTIN D. WHITE (BAR NO. 253476)
11 1455 Market Street, 4th Floor
   San Francisco, CA 94103
12 Phone:  (925) 708-7552
   E-Mail:  yandell@uber.com
13            mwhite@uber.com

14 Attorneys for Defendants
   UBER TECHNOLOGIES, INC.; RASIER, LLC;
15 RASIER-CA, LLC

16               UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  STEWART ROSEN, on Behalf of Himself and All Others Similarly Situated, and as 20  Private Attorney General, | Case No. 15-cv-03866-JST |
| 21         Plaintiffs, | ASSIGNED FOR ALL PURPOSES TO Judge Jon S. Tigar |
| 22         vs. | STIPULATION FOR ORDER REGARDING LIMITED MODIFICATIONS TO SCHEDULING ORDER IN ROSEN ACTION |
| 23  UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a 24  Delaware limited liability company; RASIER-CA, LLC, a Delaware limited 25  liability company; and DOES 1 to 100, inclusive, | |
| 26 | |
| 27         Defendants. | |

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1023245.01/SF

Stipulation For Order Regarding Limited
Modifications To Scheduling Order In Rosen
Action

1    The parties to this action, by and through their attorneys of record, stipulate as

2  follows:

3    1.    As this case approaches the discovery cutoff date of November 11, 2016, the

4  parties have encountered multiple scheduling and logistical issues, as well as

5  disagreements, regarding discovery that the parties have served in this action.  All parties

6  have engaged in multiple earnest meet-and-confer letters and discussions in a good faith

7  effort in an attempt to resolve those issues.  As a result of those meet-and-confer efforts,

8  the parties have agreed to the limited modifications to the Court's Consolidated Joint Case

9  Management Schedule (Docket No. 34) set forth in this Stipulation, and request the Court's

10  order approving those modifications.  None of these changes affects the Court's calendar as

11  previously ordered.

12    2.    This case has been consolidated for pretrial purposes with *LA Taxi*

13  *Cooperative Inc. dba Yellow Cab Co., et al. v. Uber Technologies, Inc. et al*.  The

14  following stipulations apply only to the *Rosen* action, and do not affect the calendar or the

15  Court's order regarding scheduling in the *LA Taxi* case.  The parties note that several of the

16  modifications set forth in the stipulation arise from the fact that *Rosen* is pled as a putative

17  class action, whereas *LA Taxi* is not.

18    3.    The parties agree to the following pretrial calendar in *Rosen*.  The parties

19  note that the amendments in the calendar affect only the parties' deadlines, and do not

20  affect the timing or contents of any of the documents to be submitted to the Court or

21  hearings to be conducted by the Court.

| Event | Current Deadline | Stipulated Deadline |
|-------|------------------|---------------------|
| Fact discovery cut-off | 11/11/2016 | 11/11/2016 cutoff remains as to all issues other than class certification discovery, or as stipulated herein. |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1023245.01/SF

-2-

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Designation and opening reports of experts | 11/18/2016 | 11/18/2016 remains as to all affirmative experts, except Plaintiff's designation and report of affirmative class certification expert shall be served on or before 11/25/2016. |
| Rebuttal expert designations and reports | 1/13/2017 | 1/13/2017 remains as to all rebuttal experts, except as to Defendants' experts on class certification issues |
| Deadline to file motion for class certification | 2/16/2017 | 1/30/2017 |
| Expert discovery cut-off | 2/10/2017 | 2/10/2017 remains as to all experts, except as to class certification experts. |
| Defendant Class Expert Designations and Reports | N/A | 2/17/2017 |
| Opposition to class certification motion | 3/16/2017 | 3/16/2017 |
| Reply to class certification | 3/30/2017 | 3/30/2017 |
| Hearing on Class certification | 4/13/2017 | 4/13/2017 |
| Deadline to file dispositive motions | 4/27/2017 | 4/27/2017 |
| Opposition to dispositive motions | 5/15/2017 | 5/15/2017 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1023245.01/SF

-3-

Stipulation For Order Regarding Limited
Modifications To Scheduling Order In Rosen
Action

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Reply to dispositive motions | 5/25/2017 | 5/25/2017 |
| Hearing on dispositive motions | 6/8/2017 | 6/8/2017 |
| CMC to discuss trial plan | 6/21/2017 | 6/21/2017 |

4.     Regarding Plaintiff's Notices of Depositions and Requests for Production of Documents to Defendants pursuant to FRCP 30(b)(6) noticed for November 7, 8, and 9, the parties agree (a) Defendants will produce financial data in response to Plaintiff's discovery seeking such data on or before November 11, 2016; (b) to further meet and confer regarding the deposition dates; (c) the November 11, 2016 discovery cutoff for non-class discovery shall not apply to these Deposition Notices and Requests for Production of Documents; and (d) the parties' deadline for disclosure and report of affirmative financial experts shall be December 23, 2016.

5.     Regarding the deposition and document subpoena to Yellow Cab Cooperative served by Defendants, the parties agree to meet and confer, including with Gary Kaplan, attorney for Yellow Cab Cooperative, to set the deposition date.  The parties agree that Defendants' deposition subpoena to Yellow Cab Cooperative shall not be subject to the November 11, 2016 discovery cutoff for non-class discovery.

6.     Regarding Defendants' subpoenas to absent putative class members (SFMTA Taxi Medallion Holders), Defendants agree to notify recipients of deposition subpoenas that the depositions are postponed, subject to rescheduling, and to notify recipients of document subpoenas that the compliance date for such subpoenas is postponed, subject to rescheduling.  Defendants further agree to seek a prior order of the Court before further enforcing such subpoenas, and to provide copies to Plaintiff of any documents produced by

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1023245.01/SF                                                    -4-

Stipulation For Order Regarding Limited
Modifications To Scheduling Order In Rosen
Action

1  any medallion holder despite the foregoing agreements.  The parties agree that such

2  discovery to medallion holders is class certification discovery and is therefore not subject

3  to the November 11, 2016 non-class discovery cutoff.

4         7.     Regarding Defendants' deposition notice of, and written discovery to,

5  Plaintiff Stuart Rosen, the parties agree to further meet and confer as to an agreeable date

6  for that deposition, agree that Rosen's written discovery responses shall be served no later

7  than November 17, 2016, and agree that that deposition and Rosen's written discovery

8  responses, and Defendants' right to move to compel, are not subject to the November 11

9  non-class discovery cutoff.  The parties agree that all Defendants' rights and objections

10  regarding Rosen's written discovery responses are preserved.

11         8.     The parties to this action agree that the November 18, 2016 deadline for

12  discovery motions under Local Rule 37-3 shall not apply to Defendants' pending

13  subpoenas to third parties.

14         9.     No party may designate or use evidence from a new expert not previously

15  designated on rebuttal on class certification issues without a prior court order based on a

16  showing of good cause.

17

   Dated:  November 11, 2016               LAW OFFICES OF HAROLD M. JAFFE

18

19                                 By:  /s/ Harold M. Jaffe

20                                     HAROLD M. JAFFE
                                   Attorneys for Plaintiff
                                   STEWART ROSEN

21

22     Dated:  November 11, 2016               LAW OFFICES OF BRIAN W. NEWCOMB

23

24                                   By:  /s/ Brian W. Newcomb
                                     BRIAN W. NEWCOMB
                                   Attorneys for Plaintiff

25                                     STEWART ROSEN

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1023245.01/SF                  -5-                      Stipulation For Order Regarding Limited
Modifications To Scheduling Order In Rosen
Action

1 | Dated:  November 11, 2016

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Marshall C. Wallace
_____
MARSHALL C. WALLACE
Attorneys for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; RASIER-CA, LLC

IT IS SO ORDERED.

Dated:  November 14, 2016

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1023245.01/SF

Stipulation For Order Regarding Limited
Modifications To Scheduling Order In Rosen
Action