ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MARSHALL C. WALLACE (BAR NO. 127103)
KAMRAN JAVANDEL (BAR NO. 272900)
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kjavandel@allenmatkins.com

MARISSA M. DENNIS (BAR NO. 245027)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mdennis@allenmatkins.com

UBER TECHNOLOGIES, INC.
MARTIN D. WHITE (BAR NO. 253476)
1455 Market Street, 4th Floor
San Francisco, CA 94103
Phone: (925) 708-7552
E-Mail: mwhite@uber.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC.; RASIER, LLC;
RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART ROSEN, on Behalf of Himself and All Others Similarly Situated, and as Private Attorney General,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 15-cv-03866-JST<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Jon S. Tigar<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE FOR DEFENDANT CLASS EXPERT DESIGNATION AND REPORT** |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1070395.02/LA

STIPULATION FOR ORDER EXTENDING
DEADLINE FOR DEFENDANT CLASS
EXPERT DESIGNATION AND REPORT

The parties to this action, by and through their attorneys of record, stipulate as follows:

1. On November 14, 2016, the Court signed the parties' Stipulation for Order Regarding Limited Modifications to Scheduling Order in Rosen Action. In such stipulation, the parties agreed that Defendants' class certification expert designations and report would be served on February 17, 2017. (Docket No. 52.)

2. On February 14, 2017, Plaintiff's counsel sent written notice to Defendants' counsel that they would be filing a Notice of Motion and Motion to Withdraw as Counsel ("Motion to Withdraw") in this action, and also that they were withdrawing one of Plaintiff's designated expert witnesses, S. Ronald Hauri, as an expert witness in this matter.

3. On February 15, 2017, Plaintiff's counsel and Defendants' counsel met and conferred by telephone and agreed that, in order to avoid incurring potentially unnecessary fees and costs, the deadline for Defendants' class expert designations and report should be extended from February 17, 2017 to seven (7) days after any written demand for such designation and report by Plaintiff or Plaintiff's then-current counsel of record.

4. The parties note that the requested extension affects only the parties' deadlines, and does not affect the timing or contents of any of the documents to be submitted to the Court or hearings to be conducted by the Court.

Dated: February 15, 2017

LAW OFFICES OF BRIAN W. NEWCOMB

By:    /s/ *Brian W. Newcomb*
BRIAN W. NEWCOMB
Attorneys for Plaintiff
STEWART ROSEN

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1070395.02/LA  -2-  STIPULATION FOR ORDER EXTENDING DEADLINE FOR DEFENDANT CLASS EXPERT DESIGNATION AND REPORT IN ROSEN ACTION

Dated: February 15, 2017

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____/s/ Marissa M. Dennis_____
MARISSA M. DENNIS
Attorneys for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; RASIER-CA, LLC

**IT IS SO ORDERED.**

Dated:

_____[signature]_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT

February 16, 2017

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1070395.02/LA

-3-

STIPULATION FOR ORDER EXTENDING
DEADLINE FOR DEFENDANT CLASS
EXPERT DESIGNATION AND REPORT IN
ROSEN ACTION

**ECF ATTESTATION FOR MULTIPLE SIGNATURES**

I, Marissa M. Dennis, the ECF user whose ID and password were utilized in the electronic filing of this document, hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

*/s/ Marissa M. Dennis*

Marissa M. Dennis