ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MARSHALL C. WALLACE (BAR NO. 127103)
KAMRAN JAVANDEL (BAR NO. 272900)
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  mwallace@allenmatkins.com
         kjavandel@allenmatkins.com

MARISSA M. DENNIS (BAR NO. 245027)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  mdennis@allenmatkins.com

UBER TECHNOLOGIES, INC.
MARTIN D. WHITE (BAR NO. 253476)
1455 Market Street, 4th Floor
San Francisco, CA 94103
Phone:  (925) 708-7552
E-Mail:  mwhite@uber.com

Attorneys for Defendants
UBER TECHNOLOGIES, INC.; RASIER, LLC;
RASIER-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART ROSEN, on Behalf of Himself and All Others Similarly Situated, and as Private Attorney General,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; RASIER, LLC, a Delaware limited liability company; RASIER-CA, LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 15-cv-03866-JST<br><br>ASSIGNED FOR ALL PURPOSES TO Judge Jon S. Tigar<br><br>**STIPULATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AND SETTING CASE MANAGEMENT CONFERENCE** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1071442.01/LA

Stipulation For Order Shortening Time For Hearing On
Motion To Withdraw And Setting Case Management
Conference

The parties to this action, by and through their attorneys of record, stipulate as follows:

1. On February 8, 2016, the Court entered the Consolidated Joint Case Management Schedule, setting certain dates in this matter including, but not limited to, a briefing schedule and an April 13, 2017 hearing date for Plaintiff's Motion for Class Certification.  (Docket No. 34.)

2. On February 17, 2017, Plaintiff's counsel filed a Motion to Withdraw as Counsel (Docket No. 82) and set the hearing date on such motion for April 13, 2017, the same date as the hearing on Plaintiff's Motion for Class Certification (Docket No. 67).

3. On February 27 and 28, 2017, Plaintiff's counsel and Defendants' counsel met and conferred and agreed that, to avoid incurring potentially unnecessary fees and costs, Plaintiff's counsel's Motion to Withdraw should be heard prior to the filing of Defendants' Opposition to the Motion for Class Certification, and that the Court and parties would benefit from a case management conference to discuss any scheduling issues and other issues, including the continuance of dates regarding the Motion for Class Certification and any dispositive motions, that may arise from the Court's ruling on the Motion to Withdraw.  Plaintiff further understands and agrees that, based on Defendants' reliance on this stipulation and to avoid incurring legal expense that may be unnecessary, Defendants have suspended work on their Opposition to the Motion for Class Certification, pending the Court's ruling on the Motion to Withdraw and resetting of the briefing schedule for the Motion for Class Certification.

4. Therefore, the parties agree that the hearing date on Plaintiff's Motion to Withdraw should be advanced to March 9, 2017, and that the Court should set a Case Management Conference for the same date to discuss the resetting of the remaining dates on calendar, including but not limited to the briefing schedule and hearing date on Plaintiff's Motion for Class Certification and any dispositive motions.

5. By entering into this stipulation, the parties reserve, and do not waive, any and all rights, claims, defenses and arguments they may have on the aforementioned motions specifically and in this action generally.

Dated: March 1, 2017

LAW OFFICES OF HAROLD M. JAFFE

By: _____/s/ Harold M. Jaffe_____
HAROLD M. JAFFE
Attorneys for Plaintiff
STEWART ROSEN

Dated: March 1, 2017

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____/s/ Marissa M. Dennis_____
MARISSA M. DENNIS
Attorneys for Defendants
UBER TECHNOLOGIES, INC.;
RASIER, LLC; RASIER-CA, LLC

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT

March 2, 2017

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1071442.01/LA

Stipulation For Order Shortening Time For Hearing On
Motion To Withdraw And Setting Case Management
Conference

-3-