UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART ROSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>        Defendants. | Case No.15-cv-03866-JST<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On April 14, 2017, the Court granted the motion of Plaintiff Stewart Rosen's attorneys to withdraw as counsel. ECF No. 102. In its order granting the motion to withdraw, the Court set a further case management conference for June 14, 2017, and stated that "[i]f Mr. Rosen does not appear on June 14, 2017, the case will be dismissed without prejudice." Id. Plaintiff's counsel served a copy of the order containing this warning on Mr. Rosen. ECF No. 104. Nonetheless, Mr. Rosen did not appear at the June 14 case management conference. ECF No. 107. Accordingly, the Court dismisses the case without prejudice and enters judgment in favor of Defendants.

IT IS SO ORDERED.

Dated: June 15, 2017

                                            JON S. TIGAR
                                    United States District Judge